# PAYNE v. VIRGINIA

No. 82–6935.   Decided July 5, 1984

PER CURIAM.

This petition for certiorari seeks review of a judgment of the Supreme Court of Virginia rejecting petitioner's double jeopardy challenge to a conviction for robbery which followed a prior conviction for capital murder committed during the perpetration of the robbery while armed with a deadly weapon.   In this case, as in *Harris* v. *Oklahoma*, 433 U. S. 682 (1977) *(per curiam)*, where "conviction of a greater crime, murder, cannot be had without conviction of the lesser crime, robbery . . . , the Double Jeopardy Clause bars prosecution for the lesser crime after conviction of the greater one."   *Ibid.*   See also *In re Nielsen*, 131 U. S. 176, 188 (1889).

Accordingly, the motion for leave to proceed *in forma pauperis* is granted, the petition for writ of certiorari is granted, and the judgment of the Supreme Court of Virginia is reversed.   *Harris* v. *Oklahoma, supra.*

*It is so ordered.*